**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| JAMES OLIVER BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV508-33 |
| | ) | |
| DR. GHISLAIN PERRON; DR. | ) | |
| CHARLES HARDEN; DANNY | ) | |
| BENNETT; DON JACKSON; and | ) | |
| CORNELL CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court also makes the following clarification. The Court agrees with the Magistrate Judge that Plaintiff is not entitled to preliminary injunctive relief at this time. If, however, Plaintiff prevails on the merits of this action, the possibility of injunctive relief is not foreclosed.

SO ORDERED this **22ᴺᴰ** day of August, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA