IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAMES OLIVER BLACK,

    Plaintiff,

vs.

Dr. GHISLAIN PERRON; Dr. CHARLES HARDEN; DANNY BENNETT, Deputy Warden of Care and Treatment, and DON JACKSON, Warden,

    Defendants.

CIVIL ACTION NO.: CV508-033

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff's complaint is **dismissed**, without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 23rd day of September, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)